# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Ricardo J Bustamante

V.

Army and Navy Academy, Stephen Bliss, Mike Marshall, Juan Munoz, DOES 1 to 10

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10cv1140-W(WMC)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court dismisses action for all the reasons set forth in the Court's July 7, 2010 Order and for failing to comply with the Court's August 31, 2010 Order. The Clerk shall enter a final judgment dismissing case without prejudice.................................................................................................................................
............................................................................................................................................................

| November 22, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON November 22, 2010 |